NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: MICRON TECHNOLOGY, INC.,**
*Petitioner*

2017-138

On Petition for Writ of Mandamus to the United States District Court for the District of Massachusetts in No. 1:16-cv-11249-WGY, Judge William G. Young.

**ON MOTION**

PER CURIAM.

**O R D E R**

President and Fellows of Harvard College moves for a seven-day extension of time, until September 28, 2017, to file its response to Micron Technology, Inc.'s petition for a writ of mandamus. Micron opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                     IN RE: MICRON TECHNOLOGY, INC.

                                                                                          FOR THE COURT

                                                             <u>/s/ Peter R. Marksteiner</u>
                                                             Peter R. Marksteiner
                                                             Clerk of Court

s32